In the Matter of the Application of JOHN O. NELSON for an Order Directing the BOARD OF ELECTIONS OF THE CITY OF NEW YORK to Accept and File the

App. Div.]                    Second Department, October, 1927.

Nominating Petition of JOHN O. NELSON, Petitioner, and Place His Name on the Ballot of the Republican Party as Candidate for the Thirty-ninth Aldermanic District in the City of New York.— Motion to dispense with printing of record on appeal denied.   Present — Rich, Young, Kapper and Hagarty, JJ.; Manning, J., absent.